UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARLON T. MYERS**                                                                                         **PETITIONER**

v.                                          Case No. 4:22-cv-00865-KGB-PSH

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                         **RESPONDENT**

## ORDER

Before the Court is a Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 20). Petitioner Marlon T. Myers filed objections to the Recommendation (Dkt. No. 24). After careful consideration of the Recommendation, Mr. Myers's objections, and a *de novo* review of the record, the Court adopts the Recommendation in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 20).

In his objections, Mr. Myers asserts that he has "proven that [his] constitutional rights have been violated by the Sebastian County Circuit Court." (Dkt. No. 24, at 1). Upon a *de novo* review of the record, including the Recommendation, the Court finds that Mr. Myers's objections break no new ground and fail to rebut Judge Harris's findings.

The Court adopts the Recommendation (Dkt. No. 20). The Court dismisses Mr. Myers's petition for a writ of *habeas corpus* and denies the relief requested therein (Dkt. No. 2). The Court denies the relief sought. The Court declines to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)-(2).

It is so ordered this 21st day of July, 2023.

_____
Kristine G. Baker
United States District Judge